dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of SCHWARTZ GRAIN Co., INCORPORATED, for an Order Directing the Superintendent of Banks to Pay Certain Funds.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of CENTER VILLA, INC., for an Order Directing JOSEPH A. BRODERICK, as Superintendent of Banks, as Liquidator, etc., to Turn over Certain Funds Consisting of the Proceeds of a Certain Check for the Sum of $26,550.20. — Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN for a Substitution of Attorney in Place of BORRIS M. KOMAR, His Attorney of Record in a Proceeding Entitled "Supreme Court, New York County, In the Matter of the Application of The People of the State of New York by James A. Beha, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the First Russian Insurance Company, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. James A. Tillman, Claimant." — Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES A. TILLMAN for a Substitution of Attorney in the Place of BORRIS M. KOMAR, His Attorney of Record in an Action Entitled "Supreme Court, New York County, James A. Tillman v. New York Life Insurance Company, Action No. 18."— Motion dismissed, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of JAMES A. TILLMAN for a Substitution of Attorney in the Place of BORRIS M. KOMAR, His Attorney of Record in a Proceeding Entitled "Supreme Court, New York County, In re Application of People, etc., by James A. Beha, Superintendent of Insurance, re Second Russian Insurance Company, etc. James A. Tillman, Claimant."— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HARRY BERGER, Suing Individually and on Behalf of Himself and All Other Stockholders of the Defendant Corporation, v. FORTY-EIGHTH AND FIFTY-SIXTH STREETS REALTY CORPORATION and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GIACOMO BOURG v. GENERAL OUTDOOR ADVERTISING COMPANY and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RATHBONE REALTY CORPORATION v. JENNIE ROBERTS (Formerly JENNIE GARCEWICH), Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STEPHEN CALLAGHAN, as Receiver of JOHN H. DUNCAN, INC., v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch. P. J., Merrell, McAvoy, Martin and Sherman, JJ.